G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorney for Plaintiff,
SHEILA JOHNSON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| SHEILA JOHNSON, ) | Case No.: **3:09-cv-01103-BTM-POR** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| VIKING COLLECTION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SHEILA JOHNSON, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 9, 2009                                  KROHN & MOSS, LTD.


                                                     By:/s/ G. Thomas Martin, III

                                                     G. Thomas Martin, III

                                                     Attorney for Plaintiff,
                                                     Sheila Johnson

- 1 -

Voluntary Dismissal